AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Paul E. Morales<br><br>*Plaintiff*<br>v.<br>Pension Benefit Guaranty Corporation<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  L-10-1167<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

A lawsuit has been filed against you.

Within ~~X~~ 30 days days after service of this summons on you (not counting the day you received it) ~~— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)~~ — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ruth Ann Azeredo, Esquire
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401

PURSUANT TO
5 U.S.C §552(a)(4)(c)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Felicia C. Cannon
*CLERK OF COURT*

Date: 5-12-2010



_____
*Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Paul E. Morales  )
_____  )
Plaintiff  )
v.  )  Civil Action No.  L-10-1167
Pension Benefit Guaranty Corporation  )
_____  )
Defendant  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rod J. Rosenstein, Esquire
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201

A lawsuit has been filed against you.

Within ☒ 30 days days after service of this summons on you (not counting the day you received it) — ~~or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)~~ — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ruth Ann Azeredo, Esquire
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401

PURSUANT TO
5 U.S.C §552(a)(4)(c)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Felicia C. Cannon
CLERK OF COURT

Date: 5-12-2010



_____
Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Paul E. Morales )
_____ )
Plaintiff )
v. ) Civil Action No. L-10-1167
Pension Benefit Guaranty Corporation )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric J. Holder, Jr.
Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20503

A lawsuit has been filed against you.

Within ☒ 30 days days after service of this summons on you (not counting the day you received it) ~~A or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)~~ — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ruth Ann Azeredo, Esquire
Law Office of Ruth Ann Azeredo, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401

PURSUANT TO
5 U.S.C. §552(a)(4)(C)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Felicia C. Cannon
CLERK OF COURT

Date: 5-12-2010



_____
Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: