IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAUL MORALES                              *

vs.                                       *    Civil Action No. 10-CV-1167
                                               OR
                                          *    Criminal No. _____
PENSION BENEFIT
GUARANTY CORPORATION                      *

\* \* \* \* \* \* \*

### RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): PENSION BENEFIT GUARANTY CORPORATION

Date of service: 05/14/10

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: *Tracy E. Stanforth*

Date: 05/18/10

Printed name of process server: TRACY STANFORTH

Address of process server: LAW OFFICE OF RUTH ANN AZEREDO LLC
1997 ANNAPOLIS EXCHANGE PKWY., SUITE 300
ANNAPOLIS, MD 21401
(410) 729-0190

(Rev. 02/2001) Return of Service

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RMcC   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  McClone   C. Date of Delivery 5/14/10<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>**Pension Benefit Guaranty Corporation**<br>**1200 K Street, N.W.**<br>**Washington, DC 20005** | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☑ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0001 7603 3632 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |